NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

RICOH COMPANY, LTD., RICOH AMERICAS CORPORATION, AND RICOH ELECTRONICS, INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

and

OKI DATA CORPORATION AND OKI DATA AMERICAS, INC.,
*Intervenors.*

---

2011-1175

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-690.

---

ON MOTION

---

ORDER

Ricoh Company, Ltd., Ricoh Americas Corporation, and Ricoh Electronics, Inc., move to dismiss their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

MAR 2 1 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: John Allcock, Esq.
Daniel E. Valencia, Esq.
V. James Adduci, II, Esq.

s21

Issued As A Mandate: ___MAR 2 1 2011___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 1 2011

JAN HORBALY
CLERK